UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re: Irvin Bernard Krukenkamp, dba
Show Dog Video Pros and June Elaine      CHAPTER 13 PROCEEDING
Krukenkamp, dba Show Dog Video Pros      CASE NO. 17-20412

       Debtors

* * * * * * * * * * * * * * * * * * * *

## RESPONSE TO DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY AND REQUEST TO ENLARGE TIME TO FILE OBJECTION

      Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A as serviced by Carrington Mortgage Services, LLC ("Carrington"), by and through undersigned counsel, files this response to the Debtors' Motion to Extend the Automatic Stay, as follows:

      Carrington has not had sufficient time to review the present filings in light of the prior dismissal in order to form an opinion as to the feasibility of the proposed treatment of Carrington's claim, or whether the Debtors have met the requirements of 11 USC § 362(c)(3)(C).

      Wherefore, Carrington requests that action on the Debtors' motion be deferred to allow an additional 14 days to review the materials and formulate a formal response. Carrington agrees that the stay should remain in full force in effect until further order of the Court.

Dated: August 21, 2017                /s/ *Leonard F. Morley, Jr.*
                                            Leonard F. Morley, Jr., Esq.
                                            Attorney for Wilmington Savings
                                            Fund Society, FSB, as trustee of
                                            Stanwich Mortgage Loan Trust A

Shapiro & Morley, LLC
707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
(207) 775-6223
morleybankrupt@logs.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

BK No: 17-20412
Chapter: 11

In re: Irvin Bernard Krukenkamp, dba Show Dog Video Pros and June Elaine Krukenkamp, dba Show Dog Video Pros
      Debtors

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that copies of the foregoing Response to Debtors' Motion to Extend the Automatic Stay and Request to Enlarge Time to File Objection have been forwarded, even date herewith, to all those persons listed below at the indicated addresses:

Notice will be sent electronically to:

Lee Anne Graybeal, Esq.
Stephen G. Morrell, Esq.
US Trustee

Notice will be sent via first class mail to:

Irvin Bernard Krukenkamp
June Elaine Krukenkamp
40 Junction Road
South Berwick, ME 03908


Executed on: August 21, 2017         */s/ Leonard F. Morley, Jr.*
                                              Leonard F. Morley, Jr., Esq.