UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re: Irvin Bernard Krukenkamp, dba
Show Dog Video Pros and June Elaine     CHAPTER 13 PROCEEDING
Krukenkamp, dba Show Dog Video Pros     CASE NO. 17-20412

       Debtors

* * * * * * * * * * * * * * * * * * * *

## WITHDRAWAL OF OBJECTION TO
## DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY

    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A as serviced by Carrington Mortgage Services, LLC ("Carrington"), by and through undersigned counsel, hereby withdraws any objection to the Debtors' Motion to Extend the Automatic Stay filed as Document 19, and hereby consents to the same.

    In light of the foregoing, it appears that the continued hearing presently scheduled for September 12, 2017 will not be necessary.

Dated: August 28, 2017                    */s/ Leonard F. Morley, Jr.*
                                            Leonard F. Morley, Jr., Esq.
                                            Attorney for Wilmington Savings
                                            Fund Society, FSB, as trustee of
                                            Stanwich Mortgage Loan Trust A

Shapiro & Morley, LLC
707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
(207) 775-6223
morleybankrupt@logs.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE**

BK No: 17-20412
Chapter: 11

In re: Irvin Bernard Krukenkamp, dba Show Dog Video Pros and June Elaine Krukenkamp, dba Show Dog Video Pros
         Debtors

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that copies of the foregoing Withdrawal of Objection to Debtors' Motion to Extend the Automatic Stay have been forwarded, even date herewith, to all those persons listed below at the indicated addresses:

Notice will be sent electronically to:

Lee Anne Graybeal, Esq.
Stephen G. Morrell, Esq.
US Trustee

Notice will be sent via first class mail to:

Irvin Bernard Krukenkamp
June Elaine Krukenkamp
40 Junction Road
South Berwick, ME 03908


Executed on: August 28, 2017       /s/ *Leonard F. Morley, Jr.*
                                               Leonard F. Morley, Jr., Esq.